UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOHN JOSEPH FORJONE, etc., et al.,

        Plaintiffs,                  **06-CV-0080A(Sc)**

    vs.

The States of CALIFORNIA, et al.,

        Defendants.
_____

## MOTION TO DISMISS, CHANGE VENUE,
## OR FOR A MORE DEFINITE STATEMENT

| | |
|---|---|
| MOTION BY: | Defendants Eliot Spitzer, New York State Attorney General, and "the New York State Secretary of State". |
| RELIEF SOUGHT: | Dismissal of amended complaint pursuant to Rules 12(b)(6); or change of venue to Northern District of New York, pursuant to 28 U.S.C. § 1404(a); or order requiring plaintiffs to file a more definite statement, pursuant to Rule 8(a) of the F.R.Cv.P. |
| WHEN RETURNABLE: | On papers and without appearance, or at a date and time to be set by the Court. |
| WHERE RETURNABLE: | 6th Floor, U.S. Courthouse, 68 Court Street, Buffalo, New York 14202 |
| SUPPORTING PAPERS: | March 13, 2006, declaration of Peter B. Sullivan. |

DATED:    Buffalo, New York
          March 13, 2006

                                        ELIOT SPITZER
                                        Attorney General of the
                                          State of New York
                                        Attorney for Defendants
                                        BY:
                                        *S/ PeterB. Sullivan*
                                        PETER B. SULLIVAN
                                        Peter.Sullivan@oag.state.ny.us
                                        Assistant Attorney General
                                          of Counsel
                                        107 Delaware Avenue
                                        Statler Towers - 4th Floor
                                        Buffalo, New York 14202
                                        (716) 853-8473